**CHOATE v. STATE.**

No. 25400.

Court of Criminal Appeals of Texas.
Oct. 17, 1951.

**HENDERSON v. STATE.**

No. 25393.

Court of Criminal Appeals of Texas.
Oct. 17, 1951.

180

---

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for driving a motor vehicle on a public highway while intoxicated. The jury assessed a fine of $50.00.

The record brought forward in this case contains neither a statement of facts nor bill of exceptions. All the proceedings appear to be regular. Nothing is presented for consideration.

The judgment of the trial court is affirmed.